In the Matter of the Claim of MILDRED SNYDER, Respondent, v. LAWRENCE WAREHOUSE COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Staley, Jr., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.